(INND Rev. 8/16) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Trayron D. Gladney
[You are the PLAINTIFF, print your full name on this line.]

v. Kalamazoo Public Safety
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

FILED
DEC 18 2020
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 3:20-cv-1038

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Timothy Millard | 150 E. Crosstown Pkwy A. Kalamazoo, MI 49001 |
| 2 | Mathew Elzinga | 150 E Crosstown Pkwy A. Kalamazoo, MI 49001 |
| 3 | Daniel Guild | 150 E Crosstown Pkwy A Kalamazoo, MI 49001 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3
2. What is your address? 424 S. Michigan South Bend IN. 46601
3. What is your telephone number: (574) 345-1823
4. Have you ever sued anyone for these exact same claims?
   ⊙ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)                                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On or about Febuary 10, 2017 Timothy Millard was Sworn in before a Judge when he com committed perjury, telling a Judge I assaulted him also resisted arrest just to get and arrest Warrant # 2017001470 3. Also a stop in 2015, 2016, 2017, 2018.

2. Mathew Elzinga. Conspired to violate my civil Rights under the Color of the law added deprivation of my Civil Right. Ignored all of My Complaints since 2015

3. Daniel Guilds Conspired to violate my civil Rights under the color of the law deprevation of my Civil Rights

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)   page 3

Claims and Facts (continued) voilations, Pretending also ingnoring me. I have report crime against me also against my children. police misconduct, harrassment falsifying police reports failer to protect my children on Numerous accasionus.

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

- ⊗ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
Monetary, Punitive damages also return of stolen property my DNA.

**FILING FEE** – Are you paying the filing fee?

- ○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_TZ_ I will keep a copy of this complaint for my records.
_TZ_ I will promptly notify the court of any change of address.
_TZ_ I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_                                                    12/17/2020
Signature                                                        Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]